| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423 | | | | |
| Telephone No: 718-412-2421 | | Ref. No or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Eastern District Of New York | | | | |
| Plaintiff(s): Luis Madueno<br>Defendant: Universe CC, Inc., et al. | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV06028DLIPK |

1. I, Constantinos Kominos, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Chuang Heng Rego Park, LLC as follows:

2. *Documents:* Summons in a Civil Action; Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 11/25/25 | 2:09pm | Business | This is a secured building with a concierge in the lobby. In order to be granted access to the floor you must either haven appointment or the tenant must tell the front desk to allow you up. The desk clerk gave me a phone number for the business so I called them from the lobby but the line was always busy. The desk clerk said he rarely sees people in this office. Attempt made by: Constantinos Kominos. Attempt at: 463 7th Avenue, Suite 1603 New York, NY 10018. |

3. *Person Executing*
   a. Constantinos Kominos
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** for service was:
   e. *I am:*  (3) Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Dec. 02, 2025

   **(Constantinos Kominos)**

**Affidavit of Reasonable Diligence**

co46.288584