| Attorney or Party without Attorney: <br> Emanuel Kataev, Esq. <br> Sage Legal LLC <br> 18211 Jamaica Avenue <br> Jamaica, NY 11423 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 718-412-2421 | | | Ref. No or File No.: | | |
| Attorney for: Plaintiff(s) | | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Eastern District Of New York | | | | | |
| Plaintiff(s): Luis Madueno | | | | | |
| Defendant: Universe CC, Inc., et al. | | | | | |
| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 25CV06028DLIPK | |

1. I, Constantinos Kominos, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Edgar Hernandez as follows:

2. Documents: Summons in a Civil Action; Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/26/25 | 12:40pm | Home | This is a multiple unit building that has 3 separate residences. The mailboxes are only labeled by the numbers 1,2, 3 and owner so I have no idea whom lives in each unit. I spoke with an individual that lives on the 2nd floor who said that he doesn't recognize the name of any of the individuals or the business. Attempt made by: Constantinos Kominos. Attempt at: 87-17 51st Avenue Elmhurst, NY 11373. |

3. Person Executing
   a. Constantinos Kominos
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am:    (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Dec. 02, 2025

_____
(Constantinos Kominos)

co46.288583

**Affidavit of Reasonable Diligence**