| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423 | | | | | |
| Telephone No: 718-412-2421 | | | Ref. No or File No.: | | |
| Attorney for: Plaintiff(s) | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Eastern District Of New York | | | | | |
| Plaintiff(s): Luis Madueno | | | | | |
| Defendant: Universe CC, Inc., et al. | | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV06028DLIPK | |

1. I, Constantinos Kominos, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Edwin Cruz as follows:

2. Documents:  Summons in a Civil Action; Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/26/25 | 12:40pm | Home | This is a multiple unit building that has 3 separate residences.  The mailboxes are only labeled by the numbers 1,2, 3 and owner so I have no idea whom lives in each unit.  I spoke with an individual that lives on the 2nd floor who said that he doesn't recognize the name of any of the individuals or the business. Attempt made by: Constantinos Kominos. Attempt at: 87-17 51st Avenue  Elmhurst, NY 11373. |

3. Person Executing
   a. Constantinos Kominos
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was:
   e. I am:   (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Dec. 02, 2025

   (Constantinos Kominos)

**Affidavit of Reasonable Diligence**

co46.288582