| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br><br>*Telephone No:* 718-412-2421 | | |
| *Attorney for:* Plaintiff(s) | *Ref. No or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court: | | | | |
|---|---|---|---|---|
| United States District Court - Eastern District Of New York | | | | |
| *Plaintiff(s):* Luis Madueno | | | | |
| *Defendant:* Universe CC, Inc., et al. | | | | |
| **Affidavit of Reasonable Diligence** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV06028DLIPK |

1. I, Constantinos Kominos, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Mayling Guim as follows:

2. *Documents:*    Summons in a Civil Action; Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 11/26/25 | 12:40pm | Home | This is a multiple unit building that has 3 separate residences. The mailboxes are only labeled by the numbers 1,2, 3 and owner so I have no idea whom lives in each unit. I spoke with an individual that lives on the 2nd floor who said that he doesn't recognize the name of any of the individuals or the business. Attempt made by: Constantinos Kominos. Attempt at: 87-17 51st Avenue  Elmhurst, NY 11373. |

3. *Person Executing*
   a. Constantinos Kominos
   **b. Class Action Research & Litigation**
     P O Box 740
     Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

      **Recoverable Costs Per CCP 1033.5(a)(4)(B)**
      **d. The Fee** *for service was:*
      e. *I am:*    (3) Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Tue, Dec. 02, 2025

                                   **(Constantinos Kominos)**

                 **Affidavit of Reasonable Diligence**

co46.288578