UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUIS MADUENO, on behalf of himself and all others similarly situated,

                    Plaintiff,

v.

UNIVERSE CC, INC., CHUANG HENG REGO PARK LLC, EFIN MANAGEMENT CORPORATION, H&Z BUILDING CONSULTING, INC., EDGAR HERNANDEZ, MAYLING GUIM and EDWIN CRUZ,

                    Defendants.
-------------------------------------------------------------------X

Case No.: 25-cv-6028

**NOTICE OF APPEARANCE**

TO:    Clerk of the Court and All Parties of Record

Please take notice that Michael Hemway of Milber Makris Plousadis & Seiden, LLP, an attorney duly admitted to this Court, hereby enters an appearance in this action as counsel for Defendants, CHUANG HENG REGO PARK LLC and EFIN MANAGEMENT CORPORATION.

Dated: Purchase, New York
         December 23, 2025

                                        MILBER MARKIS PLOUSADIS & SEIDEN, LLP

                                        _____
                                        Michael Hemway, Esq. (MH-3355)
                                        Attorneys for Defendants
                                        CHUANG HENG REGO PARK LLC and EFIN MANAGEMENT CORPORATION
                                        100 Manhattanville Road, Ste. 4E20
                                        Purchase, New York 10577
                                        914-231-8059
                                        MHemway@milbermakris.com