# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

January 26, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      Re:    Madueno v. Universe CC, Inc., *et al.*
                Case No.: 1:25-cv-6028 (DLI) (PK)

Dear Judge Kuo:

      This firm represents the Defendants in the above-referenced case. Defendants respectfully submit this letter motion for an extension of time of sixty (60) days to serve two (2) remaining Defendants, pursuant to Rule 4 of the Federal Rule of Civil Procedure (hereinafter referred to as "Rules" or "Rule"). For the reasons set forth below, Defendants respectfully submit that sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested extension of time.

      Pursuant to ¶ IV(B) of this Court's Individual Practice Rules:

(i)     The original deadline for service upon all defendants was today, January 26, 2026;

(ii)     This request is due to your undersigned's engagement in other matters, namely <u>Superb Motors Inc, *et al.* v. Deo, *et al.*</u>, Case No.: 2:23-cv-6188 (JMW), ECF Docket Entry 363 and Text Only Order dated December 19, 2025 ("the Court adopts the deposition schedule proposed at ECF No. 363. These deposition dates are final and shall not be changed without leave from the Court");

(iii)     There have been no previous requests for an extension of this deadline;

(iv)     The appearing Defendants consent, while the non-appearing Defendants cannot be reached; and

(v)     Plaintiff has been diligent in serving the complaint. First, two of the Defendants have appeared thus far. <u>See</u> ECF Docket Entry 13. Second, Plaintiff has attempted to serve the remaining Defendants. <u>See</u> ECF Docket Entries 8, 9, 10, 11, and 12.

      Plaintiff kindly thanks the Court for its time and attention to this matter.

Dated: Jamaica, New York
       January 26, 2026                                    Respectfully submitted,

                                                         **SAGE LEGAL LLC**

                                                         */s/ Emanuel Kataev, Esq.*
                                                        Emanuel Kataev, Esq.
                                                        18211 Jamaica Avenue
                                                        Jamaica, NY 11423-2327
                                                        (718) 412-2421 (office)
                                                        (917) 807-7819 (cellular)
                                                        (718) 489-4155 (facsimile)
                                                        emanuel@sagelegal.nyc

                                                        *Attorneys for Defendants*
                                                        *Luis Madueno*

**VIA ECF**
All counsel of record