AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| LUIS MADUENO | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-CV-6028 |
| UNIVERSE CC, INC. CHUANG HENG REGO PARK | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHUANG HENG REGO PARK LLC and EFIN MANGEMENT CORPORATION.

Date: 02/12/2026

*Attorney's signature*

Roy M. Anderson (RA-2901)
*Printed name and bar number*

100 Manhattanville Road, Suite 4E20
Purchase, New York 10577

*Address*

RAnderson@milbermakris.com
*E-mail address*

(914) 231-8047
*Telephone number*

(914) 681-8709
*FAX number*