# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 25, 2026

**<u>VIA ECF</u>**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

>      *Re:*   **Madueno v. Universe CC, Inc., *et al.*<br>        <u>Case No.: 1:25-cv-6028 (DLI) (PK)</u>**

Dear Judge Kuo:

This firm represents the Plaintiff in the above-referenced case. Plaintiff respectfully submits this admittedly late response to this Court's Order to show cause dated April 3, 2026 requiring a response by April 10, 2026 as to why the case should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule" for failure to timely serve all defendants other than those who have appeared to date.

Plaintiff has been unable to serve the remaining Defendants to date. However, the appearing Defendants have provided information about the remaining Defendants which, upon further investigation, may obviate the need to serve them such that Plaintiff may file a notice of discontinuance as to some or all of them. Plaintiff requests a final opportunity of thirty (30) days to meet-and-confer with counsel for the appearing Defendants to obtain the information necessary to determine whether Plaintiff will notice a discontinuance or proceed with attempting to serve them, whereupon Plaintiff will seek an extension of time, *nunc pro tunc*, of the deadline to serve them.

Plaintiff kindly thanks the Court for its time and attention to this case, and apologizes for the delay in Plaintiff's response to this Court's Order to show cause.

Dated: Jamaica, New York
      April 25, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Luis Madueno*

**<u>VIA ECF</u>**
All counsel of record