**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS MADUENO, on behalf of himself and all others similarly situated, <br><br>                Plaintiff, <br><br>    vs. <br><br> UNIVERSE CC, INC., CHUANG HENG REGO PARK LLC, EFIN MANAGEMENT CORPORATION, H&Z BUILDING CONSULTING, INC., EDGAR HERNANDEZ, MAYLING GUIM, EDWIN CRUZ, and JOHN DOES 1-10, <br><br>               Defendants. | Civil Case No.: 1:25-cv-06028-DLI-PK <br><br><br> **SUMMONS RETURNED EXECUTED AS TO DEFENDANT UNIVERSE CC, INC.** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Luis Madueno has served upon Universe CC, Inc., two copies of the following documents:

1) Summons in a civil action class & collective action;

2) Complaint with demand for jury trial;

3) Civil Cover Sheet;

4) Notice of option to consent to Magistrate Judge Jurisdiction, and

5) Order in FLSA case: Initial Pretrial Discovery and Mediation Schedule.

Attached hereto is a copy of the Affidavit of Service.

1

Dated: New York,
       June 12, 2026

**SAGE LEGAL, LLC**

<u>*/s/ Emanuel Kataev*</u>
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Luis Madueno on behalf of himself*
*and all others similarly situated*

2

| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Eastern District Of New York | | | | | |
| Plaintiff(s): Luis Madueno | | | | | |
| Defendant: Universe CC, Inc., et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>25CV06028DLIPK |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the 2 copies of the Summons in a Civil Action Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule - served according to BCL Section 306

3. *a. Party served:*  Universe CC, Inc.
   *b. Person served:*  Maryalice Taylor, Deputy Secretary of State, African American, Female, 45 Years Old, Black Hair, 5 Feet 10 Inches, 120 Pounds

4. *Address where the party was served:*  New York Department of State
   99 Washington Avenue
   Albany, NY 12231

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., May. 04, 2026 (2) at: 2:50PM

7. *Person Who Served Papers:*                                   Fee for Service:
   a. Edward J. Bowmaker
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I affirm on May* 13TH *, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**                        *(Edward J. Bowmaker)*

emkat.297430