# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
**ATTORNEYS AT LAW**
100 MANHATTANVILLE ROAD     SUITE 4E20     PURCHASE, NY 10577
TELEPHONE: 914.681.8700     FAX: 914.681.8709
MAIL@MILBERMAKRIS.COM
HTTP://WWW.MILBERMAKRIS.COM

June 26, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      **Re:**    **Madueno v. Universe CC, Inc. et al**
              **Case No.: 1:25-cv-06028-DLI-PK**

Dear Judge Kuo,

This firm serves as counsel to Defendants, Chuang Heng Rego Park LLC ("CHRP") and Efin Management Corporation ("Efin"), in the above-referenced action.  Defendants respectfully submit this response to the Honorable Court's Order dated June 12, 2026 ("Order"), requiring CHRP to show cause why it has not answered Plaintiff, Luis Madueno's Complaint that was served via New York Secretary of State Service on May 4, 2026 (ECF No. 18).

Plaintiff served Efin with the Complaint on November 26, 2025 (ECF No. 6).  This office interposed a timely Answer to the Complaint on December 23, 2025 (ECF No. 14).  An Answer was not interposed on behalf of CHRP at that time because CHRP had not yet been served with the Complaint (ECF No. 8).

This office did not receive notice that the Complaint had been served on CHRP until Plaintiff's counsel electronically filed proof of service on CHRP on June 12, 2026 (ECF No. 18). We interposed on Answer to the Complaint on behalf of CHRP on the next business day, June 15, 2026 (ECF No. 19).  We have no good cause for failing to timely answer other than administrative oversight.  However, the individual from CHRP with whom we were communicating left the company on April 16, 2026.  It is possible that subsequent service of the Complaint, or the need to forward same to counsel, was overlooked during the period of transition following his departure.

It is respectfully submitted that CHRP's failure to timely answer was inadvertent and not willful.  Plaintiff will suffer no prejudice from accepting CHRP's untimely Answer and the brief delay has not affected the progress of this case.  Moreover, CHRP was merely the ownership entity

WOODBURY, NEW YORK  ▪  PURCHASE, NEW YORK  ▪  ROSELAND, NEW JERSEY

NEWTOWN, CONNECTICUT  ▪  BOCA RATON, FLORIDA  ▪  MIAMI, FLORIDA  ▪  BERWYN, PENNSYLVANIA

June 26, 2026
Page 2 of 2

for the construction project and has no information regarding Plaintiff's alleged wage claims against his subcontractor employer. Accordingly, Plaintiff's ability to obtain relevant evidence or otherwise prosecute this action has not been impaired.

Because the default was the result of excusable neglect rather than willful disregard of the Court's rules, and because there is no prejudice to Plaintiff, Defendant respectfully requests that the Court deem the Answer timely filed *nunc pro tunc*.

Thank you for your consideration.

Respectfully Submitted,

Roy Anderson, Esq.
MILBER MAKRIS
PLOUSADIS & SEIDEN, LLP
*Attorneys for Defendants*
*Chuang Heng Rego Park LLC and Efin*
*Management Corporation*
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577
914.681.8700 ext 8047
914.231.8047 direct dial
914.681.8709 fax
randerson@milbermakris.com

**Via ECF**

SAGE LEGAL LLC
Emanuel Kataev, Esq.
*Attorneys for Plaintiff*
*Luis Madueno*
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

WOODBURY, NEW YORK  ▪  PURCHASE, NEW YORK  ▪  ROSELAND, NEW JERSEY

NEWTOWN, CONNECTICUT  ▪  BOCA RATON, FLORIDA  ▪  MIAMI, FLORIDA  ▪  BERWYN, PENNSYLVANIA