# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

July 4, 2026

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

> *Re:*     **Madueno v. Universe CC, Inc., *et al.***
> <u>**Case No.: 1:25-cv-6028 (DLI) (PK)**</u>

Dear Judge Kuo:

This firm represents the Plaintiff in the above-referenced case. Plaintiff respectfully submits this admittedly late response to this Court's Order to show cause dated June 26, 2026 requiring a response by July 2, 2026 as to service of a June 12, 2026 Order on Defendant Universe CC, Inc. ("UCC").

Service of the June 12, 2026 Order was effectuated on UCC on June 30, 2026 at 2:36 PM per inquiry from our process server. Your undersigned is still waiting for proof of service from the process server. Upon receipt, Plaintiff will immediately file same.

On June 15, 2026, Plaintiff requested that the process server make additional service attempts and conduct skip traces on the remaining Defendants that have yet to be served. Your undersigned's support staff inquired as to the status of service from the process server on June 30, 2026 but has not yet received a response.

Plaintiff apologizes for the delay in his response to this Court's Order to show cause. Following the June 12, 2026 conference in this case, your undersigned was engaged in the following matters:

a. June 15, 2026 trial before the Superior Court of the State of New Jersey, Bergen County;

b. June 22, 2026 appearance for a motion hearing before the Hon. James R. Cho, U.S.M.J. ("Judge Cho") of the Untied States District Court for the Eastern District of New York ("EDNY");

c. June 23, 2026 mediation before the New York State Department of Labor;

d. June 24, 2026 sentencing before the Hon. Margo K. Brodie, Chief U.S.D.J. for the EDNY;

e. June 24, 2026 settlement conference before Judge Cho of the EDNY;

f.  June 25, 2026 deposition in a matter before the United States Merit Systems Protection Board;

g.  June 29, 2026 appearance before the Civil Court of the City of New York, Queens County;

h.  June 30, 2026 appearance before the Supreme Court of the State of New York, Queens County ("Queens County Supreme Court") for a motion hearing;

i.  June 30, 2026 appearance before the Queens County Supreme Court for a trial scheduling conference;

j.  June 30, 2026 virtual appearance before the Supreme Court of the State of New York, New York County ("New York County Supreme Court") for a status conference;

k.  June 30, 2026 appearance before the Hon. Gary R. Brown, U.S.D.J. of the EDNY for a motion hearing;

l.  July 1, 2026 virtual appearance before the New York County Supreme Court for a scheduling conference; and

m.  July 2, 2026 virtual appearance before the United States District Court for the Eastern District of Virginia for a motion hearing.

The foregoing matters took substantial time to prepare for and conduct, and also required significant travel time, such that your undersigned was unable to sooner act on the required service items and respond to the Court's Order to show cause. Plaintiff respectfully submits, in light of the foregoing, that an extension of time based on good cause (in light of Plaintiff's ultimate service of the Order) and excusable neglect (due to the foregoing engagements) is warranted. See Fed. R. Civ. P. 6(b)(1)(B). Plaintiff kindly thanks the Court for its time and attention to this case.

Dated:  Jamaica, New York  
　　　　July 4, 2026

Best wishes for a happy Independence Day,  
**SAGE LEGAL LLC**  
 */s/ Emanuel Kataev, Esq.*  
Emanuel Kataev, Esq.  
18211 Jamaica Avenue  
Jamaica, NY 11423-2327  
(718) 412-2421 (office)  
(917) 807-7819 (cellular)  
(718) 489-4155 (facsimile)  
emanuel@sagelegal.nyc

**VIA ECF**  
All counsel of record

*Attorneys for Plaintiff*  
*Luis Madueno*

2