| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 | | | | | *For Court Use Only* |

*Attorney for:* Plaintiff(s)

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Eastern District Of New York

*Plaintiff(s):* Luis Madueno

*Defendant:* Universe CC, Inc., et al.

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV06028DLIPK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Order to Show Cause Dated 6/12/2026

3. a. *Party served:*        Universe CC, Inc.
   b. *Person served:*      Trisha Tarkett, Person Authorized to Accept Service, Caucasian Female, Blonde hair, 30 years old, 5'11, 130 lbs

4. *Address where the party was served:*      New York Department of State
   99 Washington Avenue
   Albany, NY 12231

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jun. 26, 2026 (2) at: 2:36PM

7. ***Person Who Served Papers:***                *Fee for Service:*
   a. Edward J. Bowmaker
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.*

Dated: 06/30/2026          AFFIDAVIT OF SERVICE    *Edward J Bowmaker* (Edward J. Bowmaker)

emkat.300902