| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Eastern District Of New York |

Plaintiff(s): Luis Madueno

Defendant: Universe CC, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV06028DLIPK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule

3. a. Party served:                     Mayling Guim
   b. Person served:                    Mayling Guim, Personally, Hispanic Light Skinned Female, 50 - 55 Years Old, Brown Hair, 5 Feet 7 Inches, 200+ Pounds

4. Address where the party was served:  1303 128th Street, Apt 2A
                                        College Point, ny 11356

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jul. 13, 2026 (2) at: 7:12PM

**7. Person Who Served Papers:**                Fee for Service:
   a. Osvaldo Peralta
   **b. Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

**8. I affirm on July 13th, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.**

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

(Osvaldo Peralta)

emkat.301734

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel  Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br>*Telephone No:* 718-412-2421 | | *For Court Use Only* |
| | *Ref. No. or File No.:* | |
| *Attorney for:* **Plaintiff(s)** | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>  United States District Court - Eastern District Of New York | | |
| *Plaintiff(s):* Luis Madueno | | |
| *Defendant:* Universe CC, Inc., et al. | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV06028DLIPK |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons in a Civil Action Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule

3.  a. Party served:                                   Edwin Cruz

4.  Address where the party was served:        (Defendants address of employment)
                                                1303 128th Street, # 2A
                                                College Point, ny  11356

5.  I served the party:
     b. **by substituted service.** On: Mon., Jul. 13, 2026 at: 7:12PM by leaving the copies with:
                                                Mayling Guim, Accountant for Defendant Company, Hispanic Light Skinned
                                                Female, 50 - 55 Years Old, Brown Hair, 5 Feet 7 Inches, 200+ Pounds
     (2)   Person of suitable age and discretion. I informed him or her of the general nature of the papers.
     (4) A declaration of mailing is attached.

**7. Person Who Served Papers:**                                   *Fee for Service:*
     a. Osvaldo  Peralta
     b. **Class Action Research & Litigation**
       P O Box 740
       Penryn, CA  95663
     c. (916) 663-2562, FAX (916) 663-4955

**8.  I affirm on July 13th, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.**

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**                          **(Osvaldo  Peralta)**            *emkat.301746*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br><br>Telephone No: 718-412-2421 | | |

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff(s) | |

**Insert name of Court, and Judicial District and Branch Court:**
United States District Court - Eastern District Of New York

**Plaintiff(s):** Luis Madueno
**Defendant:** Universe CC, Inc., et al.

| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV06028DLIPK |
|---|---|---|---|---|

1. I, Osvaldo Peralta, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Edwin Cruz as follows:

2. *Documents:* Summons in a Civil Action Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 07/13/26 | 10:00am | Bus | I have been unable to locate a home address for the the defendant as the name is too common. Attempt made by: Janis Dingman. |
| Mon | 07/13/26 | 7:11pm | Bus | I spoke with defendant Mayling Guim at the given address. She works with the defendant entities and stated that he is a employee for one of the corporate defendants. She insisted on accepting service on his behalf and said she would pass along the documents to said defendant. Attempt made by: Osvaldo Peralta. Attempt at: 1303 128th Street, # 2A  College Point, NY 11356. |
| Mon | 07/13/26 | 7:12pm | Bus | Substituted Service on: Edwin Cruz - 1303 128th Street, # 2A College Point, NY 11356  by leaving a copy of the document(s) with: Mayling Guim, Accountant for Defendant Company, Hispanic Light Skinned Female, 50 - 55 Years Old, Brown Hair, 5 Feet 7 Inches, 200+ Pounds. Served by: Osvaldo Peralta |

3. *Person Executing*
   a. Osvaldo Peralta
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   **d. The Fee** *for service was:*
   e. *I am:* (3) Not a Registered California Process Server

4. *I affirm on July 13th, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

(Osvaldo Peralta)

co46.301746

Date: Mon, Jul. 13, 2026    **Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421    *FAX No:* | | |
| | *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff(s) | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Eastern District Of New York |

*Plaintiff(s):* Luis Madueno

*Defendant:* Universe CC, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV06028DLIPK |
|---|---|---|---|---|

1.  I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2.  I served copies of the Summons in a Civil Action Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a.  Date of Mailing:  Mon., Jul. 13, 2026
    b.  Place of Mailing:  Roseville CA, 95661
    c.  Addressed as follows:  Edwin Cruz
    1303 128th Street, # 2A
    College Point, NY 11356

4.  I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jul. 13, 2026 in the ordinary course of business.

5. *Person Serving*                                    *Fee for Service:*
    b. Janis Dingman
    Class Action Research & Litigation
    c. P O Box 740
    Penryn, CA 95663
    d. (916) 663-2562, FAX (916)
    663-4955

8.  *I affirm on July 13th, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

| | *Janis Dingman* | |
|---|---|---|
| **AFFIDAVIT OF SERVICE** | | **(Janis Dingman)** |
| **By Mail** | | *emkat.301746* |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 | | |
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff(s) | | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court - Eastern District Of New York |

| *Plaintiff(s):* Luis Madueno |
|---|
| *Defendant:* Universe CC, Inc., et al. |

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV06028DLIPK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule

3. a. Party served:                                        Edgar Hernandez

4. Address where the party was served:          (Defendants address of employment)
                                                                     1303 128th Street, # 2A
                                                                     College Point, ny 11356

5. I served the party:
   b. **by substituted service.** On: Mon., Jul. 13, 2026 at: 7:12PM by leaving the copies with:
                                        Mayling Guim, Accountant for Defendant Company, Hispanic Light Skinned
                                        Female, 50 - 55 Years Old, Brown Hair, 5 Feet 7 Inches, 200+ Pounds
   (2) Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                          *Fee for Service:*
   a. Osvaldo Peralta
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. **I affirm on July 13th, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.**

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**                                (Osvaldo Peralta)                *emkat.301745*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Emanuel  Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br><br>*Telephone No:* 718-412-2421 | | |

| *Attorney for:* Plaintiff(s) | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Eastern District Of New York

*Plaintiff(s):* Luis Madueno
*Defendant:* Universe CC, Inc., et al.

| **Affidavit of Reasonable Diligence** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV06028DLIPK |
|---|---|---|---|---|

1. I, Osvaldo  Peralta, and any employee or independent contractors retained by Class Action Research & Litigation  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant Edgar  Hernandez as follows:

2. *Documents:*    Summons in a Civil Action Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 07/13/26 | 10:00am | Bus | I have been unable to locate a home address for the the defendant as the name is too common. Attempt made by: Janis  Dingman. |
| Mon | 07/13/26 | 7:11pm | Bus | I spoke with defendant Mayling Guim at the given address. She works with the defendant entities and stated that he is a employee for one of the corporate defendants.  She insisted on accepting service on his behalf and said she would pass along the documents to said defendant. Attempt made by: Osvaldo  Peralta. Attempt at: 1303 128th Street, # 2A   College Point, NY 11356. |
| Mon | 07/13/26 | 7:12pm | Bus | Substituted Service on: Edgar  Hernandez - 1303 128th Street, # 2A College Point, NY 11356  by leaving a copy of the document(s) with: Mayling Guim, Accountant for Defendant Company, Hispanic Light Skinned Female, 50 - 55 Years Old, Brown Hair, 5 Feet 7 Inches, 200+ Pounds.  Served by: Osvaldo  Peralta |

3. *Person Executing*
   a. Osvaldo  Peralta
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   **d. The Fee**  *for service was:*
   *e. I am:*    (3)  Not a Registered California Process Server

4. ***I affirm on July 13th, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.***

_____
**(Osvaldo  Peralta)**

co46.301745

Date: Mon, Jul. 13, 2026          **Affidavit of Reasonable Diligence**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421          *FAX No:* | *For Court Use Only* |

| | |
|---|---|
| | *Ref. No or File No.:* |
| *Attorney for:* Plaintiff(s) | |

*Insert name of Court, and Judicial District and Branch Court:*
   United States District Court - Eastern District Of New York

*Plaintiff(s):* Luis Madueno

*Defendant:* Universe CC, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>25CV06028DLIPK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action Class & Collective Action Complaint with Demand for Jury Trial; Civil Cover Sheet; Notice of Option to Consent to Magistrate Judge Jurisdiction; Order in FLSA Case: Initial Pretrial Discovery and Mediation Schedule

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:                            Mon., Jul. 13, 2026
   b. Place of Mailing:                           Roseville CA, 95661
   c. Addressed as follows:                    Edgar Hernandez
                                                            1303 128th Street, # 2A
                                                            College Point, NY  11356

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jul. 13, 2026 in the ordinary course of business.

5. *Person Serving*                                        *Fee for Service:*
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I affirm on July 13th, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

**AFFIDAVIT OF SERVICE**
**By Mail**

*Janis Dingman*

**(Janis Dingman)**

*emkat.301745*