# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 20, 2026

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

> *Re:*    **Madueno v. Universe CC, Inc.,** *et al.*
> <u>**Case No.: 1:25-cv-6028 (DLI) (PK)**</u>

Dear Judge Kuo:

This firm represents the Plaintiff in the above-referenced case. Plaintiff writes jointly with the appearing Defendants to respectfully request an extension of time of seven (7) days to file a proposed discovery order. For the reasons set forth below, Plaintiff respectfully submits that sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested extension of time.

Pursuant to ¶ IV(B) of this Court's Individual Practice Rules:

(i)     The original deadline for the proposed discovery order was today, July 20, 2026;

(ii)    This request is due to the parties' inability to schedule a meet-and-confer given their counsel's competing schedules;

(iii)   There have been no previous requests for an extension of this deadline;

(iv)    The appearing Defendants join, while the non-appearing Defendants cannot be reached; and

For the foregoing reasons, the parties respectfully submit that there exists good cause sufficient for this Court to exercise its discretion in favor of granting an extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

The parties kindly thank the Court for its time and attention to this matter.

Dated: Jamaica, New York
      July 20, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Luis Madueno*

**VIA ECF**
All counsel of record

2