# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


August 27, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

***Re:*** **Madueno v. Universe CC, Inc., *et al.***
**Case No.: 1:25-cv-6028 (DLI) (PK)**

Dear Judge Kuo:

This firm represents the Plaintiff in the above-referenced case. Plaintiff writes to submit a proposed discovery plan / scheduling Order in accordance with this Court's Order dated August 24, 2026, which is submitted jointly with Defendants Efin Management Corp. and Chuang Heng Rego Park LLC, the remaining Defendants having not appeared yet.

Plaintiff also wishes to inform the Court that it has served counsel for the appearing Defendants with his Rule 26 disclosures.

Plaintiff thanks the Court for its time and attention to this case, and for excusing your undersigned's failure to appear in person at the August 24, 2026 conference, instead permitting an appearance remotely by phone.

Dated: Jamaica, New York
August 27, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Luis Madueno*

Enclosure.

**VIA ECF**
All counsel of record