# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


November 9, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

***Re:*** **Madueno v. Universe CC, Inc., *et al.***
**Case No.: 1:25-cv-6028 (DLI) (PK)**
**Joint Status Report on the Progress of Discovery**

Dear Judge Kuo:

This office represents the Plaintiff in the above-referenced case. Plaintiff writes jointly with Defendants Efin Management Corporation ("Efin") and Chuang Heng Rego Park LLC ("Chuang Heng") (together, the "Appearing Defendants"), pursuant to this Court's August 31, 2026 Order (ECF Docket Entry ("ECF") 26), to report on the progress of discovery.

The parties have exchanged their initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") (ECF 25).

On October 14, 2026, the Appearing Defendants served their first requests for the production of documents and first interrogatories on Plaintiff. Plaintiff will serve his responses and objections, and begin his document production, by November 13, 2026.

Defendants Universe CC, Inc., H&Z Building Consulting, Inc., Edgar Hernandez, Mayling Guim, and Edwin Cruz have been served (ECF 7, 18, 22, and 23) but have not appeared or answered. Plaintiff will request certificates of default against them pursuant to Rule 55(a) and Local Civil Rule 55.1 by November 30, 2026.

The parties have not yet submitted a proposed confidentiality order. The parties will submit a proposed order based on this Court's standing confidentiality order by November 30, 2026. Plaintiff will provide authorizations for the release of his medical records, to the extent the Appearing Defendants have served same, concerning the injuries he sustained in November 2022 by November 30, 2026.

At the August 24, 2026 conference, the Appearing Defendants stated that they owned the property where Plaintiff worked but were not his employers, and that they would provide an affidavit to that effect. The Appearing Defendants' shall provide the affidavit by November 30, 2026.

There are no discovery disputes requiring this Court's intervention at this time.

The parties intend to take the following depositions before the close of fact discovery on December 31, 2026: (i) Plaintiff; (ii) Rule 30(b)(6) witnesses of Efin and Chuang Heng, respectively.

Plaintiff made a settlement demand on November 16, 2024, which has been provided to counsel for the Appearing Defendants. The Appearing Defendants will respond after discovery has been completed. The parties do not request a referral to mediation or a settlement conference at this time, and will make a joint request if one becomes appropriate.

The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
November 9, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Luis Madueno*

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
*/s/ Roy M. Anderson, Esq.*
Roy M. Anderson, Esq.
100 Manhattanville Road, Suite 4E20
Purchase, NY 10577
(914) 681-8700 (office)
randerson@milbermakris.com

*Attorneys for Defendants*
*Efin Management Corporation and*
*Chuang Heng Rego Park LLC*